# EXHIBIT   A

Case 2:12-cr-00391-BAT   Document 11-1   Filed 04/04/13   Page 1 of 7

Dear Judge Tsuchida,

     I am writing this letter to the court to express my sincere apologies for the crime that I have committed.

     I was born Oct. 12, 1955 in the small town of Chester, Pa. (about 20 miles outside of Philadelphia). At a very young age my mother and father were divorced, so I grew up not ever really knowing my father. My mother lived and worked in New York City. I was raised by my grandmother until the age of 10 or 11. Most of the kids in the neighborhood were raised by single parents, so to us that was pretty much the norm.  I also have a older sister named Charlene Jackson-Hill and a younger step brother named Darren White. When my mother remarried we were shipped overseas to Athens, Greece for one year. My stepfather was in a missile battery in the U.S. Army. At a very young age I had the opportunity to see a different and historic part of the world, along with a completely different culture, even though at the time I didn't  realize how lucky and fortunate I was.

     After leaving Greece we were stationed at Fairchild AFB in Spokane, Wa. After being there for about a year we moved to Tacoma, where I have lived from 1969 to present.  I graduated from Mt. Tahoma High school in 1973. I attended Ft. Steailcom  Community college for two semesters before entering the U.S. Army from 1974-1977 in which I was honorably discharged after three years. I started working for the Postal Service in April of 1978.

     I married the love of my life, Donna L. Dean in 1982. I have been happily married for 30 plus years and have two wonderful sons, Dominique 27 , and Perris 25. I volunteered my time at the Al Davies Boys & Girls club when my sons were younger, coaching both basketball and baseball until they entered high school. Currently I have my own little yard business. I am a high school basketball referee & high school girls fast pitch umpire. These are things that I like to do and they keep me busy!!!

     As I sit here today I really don't have a reason for the crime I committed other than straight up STUPIDITY, not realizing at the time all of the people I would be hurting. I would say it was just a crime of opportunity to take something even though I knew it was wrong. At times I sit and wonder about not the few things that  I gained ( if any), but the so many things and opportunities that  I have lost  from being so stupid in judgment.

     I am truly sorry for this horrific error in judgment. From the bottom of my heart  I apologize to my family, friends, co-workers and great customers to have to deal with this situation. I offer no excuses for my conduct and fully accept  responsibility for the improper decisions and mistakes that I have made. In my heart I just hope my ex-co workers and great customers can remember me for the things that I did right. I had the opportunity to work for a great organization for 35 years.

     In the future I hope have a successful little yard business. I am now retired from the Postal Service and  that would help me continue to make ends meet. I am enjoying

being a basketball official (first year) and looking forward to the softball season to get started (10th year).

    Never in my wildest dreams did I ever think that I would ever be in this situation. I have truly had a blessed life. Blessed with a wonderful wife and two outstanding sons. There is nothing in the entire world that would be worth having if it meant I couldn't be a part of either of there world.

 Sincerely,

CHARLES E. WRIGHT JR

**Page 8**

# EXHIBIT   B

Your Honor,                    2-18-2013

My name is Donna Wright, and I am the wife of Charles E. Wright. I have known Charles (Carlos) since I was 16 years old. We were married in 1982 putting us at almost 31 years of marriage and a total of 38 years knowing one another. We have 2 son's 27 and 25 which we couldn't be more proud of. Charles grew up without a father and together we have raised two wonderful young men. My husband has proved that not having a father in the house doesn't mean you can't turn out to be a strong, loving and committed father and husband.

My husband has never be in trouble with the law before so for this to have happened is totally out of character. Carlos has al-

ways been the person that my family has looked up to as a wonderful father, husband and family man. This situation having to deal with lawyers, probation officers, having to check in daily and soon having to go to court is something we have never been involved in before and makes us very uncomfortable which is the main reason I know he will never do anything that would cause him to be involved with law enforcement again. Once we have finished with the hearing we will sit our sons down and explained to them what happened and make it a learning experience for them.

    Carlos's plans are to continue to referee high school basketball and umpiring high school girls softball

Page 11

and doing yards which he enjoys it all. My husband and I have a wonderful life together and will continue to. Our future is exciting with the prospects of marriage for our sons and grand children.

Thank you for allowing me to tell you a little about my wonderful husband, god bless you!

Mrs Donna Wright